# United States District Court
## Southern District of Georgia

CARLOS RIVERA,

_____
Plaintiff

v.   MCBS, LLC,

_____
Defendant

Case No.  __1:25-cv-00250__

Appearing on behalf of

__Plaintiff__

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __17th__ day of __November__, __2025__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Jeff Ostrow |
| Business Address: | Kopelowitz Ostrow P.A. |
| | Firm/Business Name |
| | One W. Las Olas Blvd, Suite 500 |
| | Street Address |
| | Suite 500 / Fort Lauderdale / FL / 33301 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 954-332-4200 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | ostrow@kolawyers.com |